**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In Re:**

**ELSA GENDALL**

**Debtor**

**Chapter 13**
**MOTION TO REOPEN**
**AND RECONSIDER**
**Case No: 25-10349**

---

**NOTICE OF HEARING FOR DEBTOR'S MOTION TO REOPEN THE CHAPTER 13 PETITION**

**PLEASE TAKE NOTICE** that a hearing will be held on May 28, 2025 9:30 at 10:00 AM before the Honorable Philip Bentley, USB at the United States Bankruptcy Court, Southern District of New York, at Courtroom 601 at One Bowling Green, New York, New York, and/or via Zoom for Government unless the court orders otherwise to consider the annexed motion of Debtor to reopen the petition that was dismissed on April 24, 2025.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the relief requested in the motion, if any, must be in writing, served upon the undersigned, and filed with the Bankruptcy Court by 4:00 PM on or before May 21, 2025.

**TELEPHONIC AND VIDEOCONFERENCING INSTRUCTIONS**

If you wish to appear at the hearing, you must register your must register your appearance utilizing the Court's eCourt Appearances tool. Appearances must be registered no later 4:00 PM one business day before the hearing unless otherwise instructed by chambers. If you require assistance, please contact the presiding Judge's Chambers or Court Services at 212-284-4040.

Dated: New York, NY
      May 1, 2025

By: /s/ John W. Reeves
John W. Reeves
Kazmi & Reeves LLP
225 Broadway, 38th Floor
New York, NY 10007
212-513-7474

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**In Re:**

**ELSA GENDALL**

**Debtor**

**Chapter 13
MOTION TO REOPEN
AND RECONSIDER
Case No: 25-10349**

---

I, John W. Reeves, an attorney duly admitted to practice law in the Southern District of New York, state the following under penalty of perjury:

1. I am the attorney for the above captioned debtor in her Chapter 13 bankruptcy petition and, as such, am fully familiar with the facts.

2. One of the debtor's creditors, the debtor's landlord, BPP ST Owner LLC, filed a motion to dismiss the petition with a return date of April 24, 2025 to be held using Zoom Government in an online hearing. Said motion was granted and the petition was dismissed.

3. On the date of the motion to dismiss on April 24, 2025, I received a link to join the court online using www.zoom.gov/1603457731. Undersigned counsel entered the link at the time of the motion but received an error message indicating I was in the wrong place. I tried several times and called the court in order to resolve the problem so I could appear in opposition to the motion but only received voicemail.

4. Undersigned counsel made the best efforts to appear but only failed to appear due to technical difficulties beyond my control.

5.  The debtor needs a chance to present her arguments in opposition to the motion to dismiss. Undersigned counsel had submitted written arguments against the motion which the Bankruptcy Court did not consider in issuing the order.

WHEREFORE, it is respectfully requested that the Bankruptcy Court grant debtor's motion to reopen the debtor's Chapter 13 petition and reconsider its decision dated April 24, 2025, and such other and further relief the Court deems just and proper.

Dated: New York, NY
May 1, 2025

By: _____
John W. Reeves
Kazmi & Reeves LLP
225 Broadway, 38th Floor
New York, NY 10007
212-513-7474