# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

In re: ELSA GENDALL                                                                          Case No.: 25-10349-PB

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

THOMAS C. FROST, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/26/2025.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 04/29/2025.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 3.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 17,000.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| American Express | Unsecured | 4,599.00 | NA | NA | .00 | .00 |
| BPP St Owner LLC | Unsecured | 198,786.92 | NA | NA | .00 | .00 |
| Capital One Bank NA | Unsecured | 16,744.00 | NA | NA | .00 | .00 |
| Capital One Bank NA | Unsecured | 40,011.00 | NA | NA | .00 | .00 |
| Discover Bank | Unsecured | 6,427.00 | NA | NA | .00 | .00 |
| Discover Bank | Unsecured | 47,460.00 | NA | NA | .00 | .00 |
| JPM Chase Card | Unsecured | 588.00 | NA | NA | .00 | .00 |
| JPM Chase Card | Unsecured | 28,211.00 | NA | NA | .00 | .00 |
| JPM Chase Card | Unsecured | 39,350.00 | NA | NA | .00 | .00 |
| Portfolio Recovery Associates | Unsecured | 18,803.00 | NA | NA | .00 | .00 |
| RESURGENT RECEIVABLES | Unsecured | 6,344.00 | 6,344.54 | 6,344.54 | .00 | .00 |
| SYNCB | Unsecured | 390.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK  
MANHATTAN DIVISION

In re: ELSA GENDALL                                                            Case No.: 25-10349-PB

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US SBA | Unsecured | 60,600.00 | NA | NA | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 6,344.54 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/01/2025                    By: /s/THOMAS C. FROST  
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.