**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

| | |
|---|---|
| IN RE: Elsa Gendall | CASE NO.: 25−10349−pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−4294 | CHAPTER: 13 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Philip Bentley in this Chapter 13 case.

Elsa Gendall was dismissed from the case on April 29, 2025 WITH PREJUDICE FOR ONE YEAR.

Dated: April 29, 2025                                 Vito Genna
                                                      Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 25-10349-pb |
| Elsa Gendall | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 29, 2025 | Form ID: 131 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elsa Gendall, 545 East 14th Street, Apt MB, New York, NY 10009-3021 |
| unk | + | BPP ST Owner LLC, c/o Belkin Burden Goldman, LLP, Attn.: Jay B. Solomon, Esq., 60 E 42nd Street, 16th Floor, New York, NY 10165 UNITED STATES 10165-0020 |
| 8549732 | | BPP ST OWNER LLC, C/O JASON DANIEL KALISH, 276 FIRST AVENUE LOOP, NEW YORK, NY 10009 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Apr 29 2025 19:17:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Apr 29 2025 19:16:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 29 2025 19:17:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Apr 29 2025 19:16:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8554029 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 19:24:11 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| clrk | | Clerk of Court, United States Bankruptcy Court, SD |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0208-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 29, 2025 | Form ID: 131 | Total Noticed: 8

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jay B Solomon | on behalf of Unknown BPP ST Owner LLC JSolomon@bbgllp.com |
| John Reeves | on behalf of Debtor Elsa Gendall kazmilaw@aol.com |
| Thomas C. Frost | info@FrostSDNY13.com trusteeNYSBkp@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4